1  STEPHANIE YONEKURA                                    JS-6
   Acting United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KATHLEEN R. UNGER (Cal. Bar No. 272279)
4  Assistant United States Attorney
        Federal Building, Suite 7516
5       300 North Los Angeles Street
        Los Angeles, California 90012
6       Telephone: (213) 894-8341
        Facsimile: (213) 894-7819
7       E-mail: kathleen.unger@usdoj.gov

8  Attorneys for Federal Defendants

9                    UNITED STATES DISTRICT COURT
10
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
                          WESTERN DIVISION
12
   THURESSA ANN BALLARD-          |  No. CV 13-09033 PA (VBKx)
13 FREEMAN,                       |
                                  |  **ORDER RE: DISMISSAL OF ACTION**
14        Plaintiff,              |
                                  |
15           v.                   |  Hon. Percy Anderson
                                  |
16 ERIC HOLDER, UNITED STATES     |
   ATTORNEY GENERAL; and LINDA    |
17 L. THOMAS, WARDEN,             |
                                  |
18        Defendants.             |

19

20        The Court, having considered the parties' Joint Stipulation for Dismissal of

21 Action, and good cause appearing therefor, hereby ORDERS that this action be

22 dismissed without prejudice.  The parties shall each bear their own costs and attorney's

23 fees, if any.

24

25 Dated: October 6, 2014        _____

26                                    Honorable Percy Anderson
                                     UNITED STATES DISTRICT JUDGE
27

28